STATE of Missouri, Respondent,

v.

Michael D. VANFOSSEN, Appellant.

No. WD 36515.

Missouri Court of Appeals,
Western District.

Aug. 20, 1985.

George M. Ely, Hamilton, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for possession of marijuana in violation of § 195.020 and 195.200.1(1)(b), RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Frederick W. FARRAND, Jr., Appellant.

No. WD 36371.

Missouri Court of Appeals,
Western District.

Aug. 20, 1985.

Robert Beaird of Quinn, Peebles, Beaird & Cardarella, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from jury conviction for murder, second degree, in violation of § 565.004, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Charles GREER, Appellant.

No. WD 36277.

Missouri Court of Appeals,
Western District.

Aug. 13, 1985.

Byron Neal Fox, Kansas City, for appellant.

William L. Webster, Atty. Gen., Leah A. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

PER CURIAM:

Appeal from conviction for promotion of prostitution, section 567.060, RSMo 1978, and sentence of one year imprisonment and $1,000 fine.

Judgment affirmed. Rule 30.25(b).